# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMALI SAMET,<br><br>                                   Petitioner,<br><br>v.<br><br>PATRICK DIVVER, Director of Enforcement and Removal Operations, San Diego Field Office, ICE; et al.,<br><br>                                   Respondents. | Case No.:  26-cv-374-BJC-JLB<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On January 21, 2026, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  ECF No. 1.  After a review of the petition, this Court finds it appropriate to require Respondents to file a response.  Accordingly, Respondents shall file a response to the petition **no later than February 6, 2026, at 5:00 P.M**.  Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this petition.  Petitioner may file a traverse **no later than February 13, 2026, at 5:00 P.M.** Absent further order of this Court, this matter will be deemed under submission.

**IT IS SO ORDERED**.

Dated:  January 23, 2026

Honorable Benjamin J. Cheeks
United States District Judge

25-cv-2983-BJC-BJW

25-cv-2983-BJC-BJW